UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANNAMARIE RIETHMILLER,**

      **Plaintiff,**

**v.**                                  **Case No: 6:17-cv-1414-Orl-41DCI**

**PEOPLE READY FLORIDA, INC.,
SPRING FOOD SVC, LLC, DISNEY
WORLD RESORTS and BANK OF
AMERICA, N.A.,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Motion," Doc. 2). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 28), in which he recommends that the Motion be denied and that the previous Order granting Plaintiff leave to proceed *in forma pauperis* be vacated. He further recommends that the Complaint (Doc. 1) be dismissed without leave to amend.

Plaintiff filed an untimely Objection to the Report and Recommendation (Doc. 37). Aside from reiterating the claims in her Complaint, Plaintiff asserts in her Objection that the Report and Recommendation is void because Judge Irick did not have jurisdiction to submit it. (*Id.* ¶ 4). Plaintiff fails to cite any legal authority to support her assertion and the Court finds the argument to be wholly without merit.

After a *de novo* review of the record, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court's Order (Doc. 7) granting Plaintiff leave to proceed *in forma pauperis* is **VACATED**.

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

4. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

5. The Clerk is directed to deny all pending motions as moot and close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record